**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TROY SCHERR,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 11-209** |
| | ) | |
| **AMSHER COLLECTION SERVICES, INC.** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff, Troy Scherr, by and through counsel, James J. Dailey, and Defendant, AmSher Collection Services, Inc., by and through counsel, Neal D. Moore, III, and Larry Young, Jr. and jointly request this Honorable Court pursuant to Rule 41 of the *Federal Rules of Civil Procedure* to enter an order dismissing all claims against Defendant with prejudice, costs taxed as paid.

WHEREFORE, premises considered, the parties to this motion respectfully request this Honorable Court to dismiss Defendant, AmSher Collection Services, Inc., with prejudice, costs taxed as paid.

Respectfully Submitted,

Neal D. Moore, III
Larry Young, Jr.
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
*Attorney for Defendant*

James J. Dailey
1206 Dauphin Street
Mobile, Alabama 36633
*Attorney for Plaintiff*

{W0294412.1 }