**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| TROY SCHERR | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 11-00209-CB-N |
| AMSHER COLLECTION SERVICES, INC., | ) | |
| Defendant. | ) | |

**ORDER**

The parties have filed a Joint Stipulation of Dismissal with Prejudice. (Doc. 9.) It is therefore **ORDERED, ADJUDGED** and **DECREED** that this action be and hereby is **DISMISSED with prejudice**, costs taxed as paid.

**DONE** this the 22nd day of June, 2011.

*s/ Charles R. Butler, Jr.*
**Senior United States District Judge**